UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DEMETRIOS ALEXOPOULOS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PAUL ANTHONY POPOVICH; *et al.*,<br><br>　　　　　Defendant. | 2:10-cv-1256-GMN-RJJ<br><br>**ORDER** |

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on November 12, 2010.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;

2. Shall identify the discovery that remains outstanding;

3. Shall identify any pending discovery motions; and,

4. Shall detail all attempts to settle the case.

DATED this  21st  day of November, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge