NATHAN R. REINMILLER, ESQ.
Nevada Bar No.: 006793
NATHAN D. SEVERSON, ESQ.
Nevada Bar No.: 009686
ALVERSON, TAYLOR,
MORTENSEN & SANDERS
7401 W. Charleston Boulevard
Las Vegas, NV 89117
Tel: (702) 384-7000
Fax: (702) 385-7000
Attorneys for Defendant
PAUL JERRY POPOVICH

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DEMETRIOS ALEXOPOULOS,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL JERRY POPOVICH; and DOES 1 through X, inclusive,<br><br>Defendant. | Case No.: 2:10-cv-01256-GMN-RJJ |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, DEMETRIOS ALEXOPOULOS, through his counsel of record, and Defendant PAUL JERRY POPOVICH, through his counsel of record, Alverson, Taylor, Mortensen & Sanders, that this matter be

///

///

///

///

1

NRR-18657

dismissed with prejudice as to all parties, each party to bear their own costs and attorney's fees.

DATED this 2nd day of December, 2011.          DATED this 2nd day of December, 2011.

GEORGE T. BOCHANIS, LTD.                        ALVERSON, TAYLOR, MORTENSEN,
                                                 & SANDERS

*/s/ George T Bochanis*                          */s/*

GEORGE BOCHANIS, ESQ.                            NATHAN R. REINMILLER, ESQ.
Nevada Bar No.: 002262                           Nevada Bar No.: 006793
GEORGE T. BOCHANIS, LTD.                         NATHAN D. SEVERSON, ESQ.
631 S. Ninth Street                              Nevada Bar No.: 009686
Las Vegas, NV 89101                              SABRINA G. MANSANAS, ESQ.
Attorney for Plaintiff                           Nevada Bar No.: 010669
                                                 7401 West Charleston Boulevard
                                                 Las Vegas, Nevada 89117
                                                 Attorneys for Defendant
                                                 PAUL JERRY POPOVICH

### ORDER

IT IS SO ORDERED that this matter be dismissed with prejudice as to all parties, each party to bear their own costs and attorney's fees.

**DATED** this 2nd day of December, 2011.

*/s/*

Gloria M. Navarro
United States District Judge

N:\nathan.grp\Z-client\18657\pleadings\18657SAO re dismissal.docx

2

NRR-18657

# CERTIFICATE VIA CM/ECF

Pursuant to FRCP 5, I hereby certify that I am an employee of ALVERSON, TAYLOR, MORTENSEN & SANDERS and that on the _2nd_ day of December, 2011, I caused to be served via CM/ECF a true and correct copy of the document described herein.

**Document Served:** STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

**Persons Served:**

George T. Bochanis, Esq.
GEORGE T. BOCHANIS, LTD.
631 S. Ninth Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*

_____
An Employee of
ALVERSON, TAYLOR, MORTENSEN & SANDERS

3

NRR-18657